UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID BRIGNAC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-4907** |
| **FREDRICK SMITH, ET AL** | **SECTION: "B"(5)** |

### ORDER AND REASONS

Considering the entire record, including the Magistrate's Judge's Partial Report and Recommendation (Record Document Number 5) and Plaintiff's objections to same (Record Document Number 7),

**IT IS ORDERED** that:

(1) Plaintiff's conclusory and baseless objections are **OVERRULED**;

(2) The Magistrate Judge's Partial Report and Recommendation are **ADOPTED** as factually supported by the record and applicable law cited therein, becoming the opinion of the court;

(3) Plaintiff's *habeas corpus* claims are **DISMISSED** without prejudice; and

(4) Plaintiff's Section 1983 claims, except those against Deputies Nelson and Green for alleged failure to protect and for religious freedom, are **DISMISSED** with prejudice.

New Orleans, Louisiana, this 25th day of May, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE