UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DAVID BRIGNAC**                                                                 **CIVIL ACTION**

**VERSUS**                                                                             **NUMBER: 15-4907**

**FREDERICK SMITH, ET AL.**                                                **SECTION: "B"(5)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's lawsuit is dismissed for failure to prosecute pursuant to Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 19th day of September, 2016.

_____
IVAN L.R. LEMELLE
SENIOR UNITED STATES DISTRICT JUDGE